**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **FELIX HASSON** | ) | |
| ***Plaintiff,*** | ) | **Case No. 1:26-cv-00114** |
| **v.** | ) | |
| **MAXIMILLIAN KRCHMAR** | ) | |
| ***Defendant.*** | ) | |

# EXHIBIT 1

DUSK | T_pot
@T_potssb

in the west bank bumping carti
i gotta introduce these settlements to off the grid

2:36 AM · Sep 13, 2021

2 · 1

DUSK | T_pot @T_potssb · Sep 13, 2021
here is donda, habibi



1

**brandon*** @brndxix · 27 Jul 22

what in the actual fuck is going on bro

idf




13,992 likes

idf Little Miss soldier for the win

286 7.4K 117K

**DUSK | T_pot**
@T_potssb

Replying to @brndxix

based idf




8:41 PM · 27 Jul 22

**2** Likes

**DUSK | T_pot** 🔒 @T_potssb · Jan 19, 2023
gaza has a smash scene? t.co/bJVhV40bla

This Post is from an account that no longer exists. Learn more

1 3 750

This Post was deleted by the Post author. Learn more

**DUSK | T_pot** 🔒
@T_potssb

palestine so free 💀💀💀💀

3:49 PM · Jan 19, 2023 · **202** Views

**Blast** @BlastTL · Jan 19, 2023
Of course the most used character involves an arrow💀

1 2 155

**DUSK | T_pot** 🔒 @T_potssb · Jan 19, 2023
would have been mad funny if the most popular character was snake or any other character that pulls bombs

2 1 192

**DUSK | T_pot** 🔒
@T_potssb

gaza got something big coming their way for sure

12:35 PM · Oct 7, 2023 · **20.1K** Views

2 · 16


Dr. Eli David @DrEliDavid · 4h
سِلوان
@selwan_i
Follow
The event is great and scary, but by God, my happiness is limitless
Gaza - Palestine
7.10.2023
14:35 · 07/10/2023 from Earth · 487 Views
How it started
سِلوان
@selwan_i
Follow
I Lost everything .
19:45 · 16/12/2023 from Earth · 821 Views
How it's going
642
963
7.5K
189K
DUSK | T_pot SOON LMBM @T_potssb · 3h
LMAOOOO
877