**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FELIX HASSON**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**MAXIMILLIAN KRCHMAR**<br><br>***Defendant.*** | **Case No. 1:26-cv-00114** |

# EXHIBIT 2

# Post

**Antifa Caramel @bravoirl.bsky.social**
@Bravo_irl

why is this racist zionist weasel allowed at your event @MaxKetchum_ @Cagt3000 @Aerodusk




4:47 PM · Dec 20, 2023 · **64.3K** Views

15 69 287 22

**Antifa Caramel @bravoirl.bsky.social** @Bravo_irl · Dec 20, 2023

how is any Palestinian supposed to feel safe at your major when people who relish in and cheer for the complete extermination of their friends and family are allowed in the same space? Genuine question

this goes beyond smashy bros, LMBM should be a safe space for everyone

3 2 79 5.6K

**Antifa Caramel @bravoirl.bsky.social** @Bravo_irl · Dec 20, 2023

most recent reply on his account man not even trying to hide it

