IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **FELIX HASSON** *Plaintiff,* v. **MAXIMILLIAN KRCHMAR** *Defendant.* | ) | **Case No. 1:26-cv-00114** |

# EXHIBIT 3

12/20/23, 8:55 PM

Geoffrey

https://x.com/bravo_irl/status/1737605631266218252?s=46&t=a3pQwZXEZ1ltD_2H3xECyw




X / ?



Mr. Gamer

Yeah I'm with it

Geoffrey

Removing this weirdo from bracket, I have like 80 million tags in that one thread

Cyrus




Fucking FRAME 1 LMAOOOO

Mr. Gamer

Lmaoooooo

Rip bozo

9:06 12%

DUSK | T_pot 🔜 LMBM

DUSK | T_pot 🔜 LMBM
@T_potssb

20🇺🇸🇮🇱 // @DuskEsports444 // Former Israel PR // #1 Rice PR // Hip hop & Smash

754 Followers

**Today**

yo i heard theres stuff going around about me

9:03 PM

Do you want to let DUSK | T_pot 🔜 LMBM message you? They won't know you've seen their message until you accept.

**Block or report**

**Delete**

**Accept**

What's his PayPal?

Or should we make him hold that?

Geoffrey

He didn't pay according to Startgg, it said you added him manually

Who is this guy? What's going on?

He's one of the waitlist people

Mr. Gamer

He might have been waitlist

Yeah

Geoffrey

https://x.com/bravo_irl/status/1737605631266218252?s=46&t=a3pQwZXEZ1ltD_2H3xECyw



No preview available

X / ?

Read this Joe

Twitter is a disease

Cyrus

FACTS

Can we please fucking nuke it

I'll go back to Smashboards or FB bro

Geoffrey

This man full confidence under a pic of someone saying they lost everything: "LMAOOOOOOOO"

Cyrus




This shit writes itself bro I swear to god

12/20/23, 10:04 PM

Cyrus

9:15

DUSK | T_pot ➡SOON LMBM

yo i heard theres stuff going around about me

9:03 PM

as a jew i have a strong allegiance to my ethnic homeland and i am very much on the side of my people during this war. I have many friends and family currently fighting in the IDF and I take whats happening over there very seriously. I am a zionist and a proud supporter of the state of Israel, and that opinion should not have any effect

Do you want to let DUSK | T_pot ➡SOON LMBM message you? They won't know you've seen their message until you accept.

**Block or report**

**Delete**

**Accept**

9:15 8%

DUSK | T_pot ➡ LMBM

whats happening over there very seriously. I am a zionist and a proud supporter of the state of Israel, and that opinion should not have any effect on my ability to compete in tournaments. If you have any concerns over possible safety issues, I can assure you that I am not a danger to anyone nor have I ever, and I treat everyone with the same respect that is given to me in return. You can ask any player or TO that has ever spoken with me and they would all say the same thing.

9:13 PM

Do you want to let DUSK | T_pot ➡ LMBM message you? They won't know you've seen their message until you accept.

**Block or report**

**Delete**

**Accept**

12/20/23, 10:04 PM

Cyrus




Mr. Gamer

😂😂😂😂😂😂😂

Homie is definitely a Zionist weasel

12/20/23, 10:28 PM

10:04 28%

DUSK | T_pot ➡SOON LMBM

ive been removed from LMBM for being a "zionist weasel" and if thats not a crazy sentence then i dont know what is

9:18 PM

I ask you to please reconsider the decision to remove me from LMBM, regardless of what your thoughts are on the war in Israel. smash has nothing to do with my support for my people in the fight against terrorism.

thank you for taking the time to read this, if you have anything else to ask me, please do.

Do you want to let DUSK | T_pot ➡SOON LMBM message you? They won't know you've seen their message until you accept.

**Block or report**

**Delete**

**Accept**

12/20/23, 10:28 PM

Geoffrey







The clown has reached a second DMs, this is not a drill

12/20/23, 10:48 PM

Mr. Gamer

the "lmaooooo" to kids dying -> pls let me at smash tournament combo

12/21/23, 1:13 AM

Mr. Gamer

**@Cyrus Cagt Gharakhanian** what needs to be done in the discord? kicking people who aren't casting this year + wiping the channel messages?

i can do it if you're busy

and any tips on how to do it optimally would be lit

Geoffrey

He be in the bathroom, I be about to pass out. Just delete a channel, remake it with same name, easiest way imo. As for people yea just start wiping a at casters, we'll wipe general bracket/check-in once we know 100% who is return and who isn't

10:28

DUSK | T_pot ➡SOON LMBM

this exact thing came up in the Houston local scene earlier this year when I was banned by one of the TOs who identifies as palestinian for that same tweet about the bombs, but I spoke to him and we came to an agreement that neither of us were ever hostile to each other and that our opinions about the conflict would stay out of smash, and the ban was lifted in about a week.

9:28 PM

this is also a huge double standard because Im sure you can find plenty of people who are entered in LMBM that have said some really nasty things about israel. Bravo, who has never even spoken to me or met me, called me a zionist weasel and nothing

Accept

Block or report

Delete

10:28

DUSK | T_pot ➡ SOON LMBM

this is also a huge double standard because Im sure you can find plenty of people who are entered in LMBM that have said some really nasty things about israel. Bravo, who has never even spoken to me or met me, called me a zionist weasel and nothing happens. Its just kind of crazy that I get instabanned over something like this. I inplore you to please reconsider your decision, regardless of your opinions on the current war. I just want to play smash.

thank you for reading my appeal, and if you have any other questions please feel free to ask

9:34 PM

Accept

Block or report

Delete

3