**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **FELIX HASSON** | ) | |
| *Plaintiff,* | ) | **Case No. 1:26-cv-00114** |
| **v.** | ) | |
| **MAXIMILLIAN KRCHMAR** | ) | |
| *Defendant.* | ) | |

# EXHIBIT 4



2:52 63%

geoff.gg

geoff.gg
@Aerodusk

📋: Geoff // 25 // Event Organizer, Stream Manager, & Broadcast Prod 💼: EVO,

1,021 Followers

December 20, 2023

hey so i just saw that i got removed from LMBM

8:19 PM

I just want to say that as a Jew who has lived in Israel I have a very strong connection to my peoples homeland. Personally I have a lot of close friends and family members currently fighting in the IDF and I take everything thats going on over there very seriously. I am a proud zionist and that should not have any impact on my ability to enter a videogame tournament. If yo have any possible concerns about safety, I can assure

Start a message


2:52
63%
geoff.gg
there very seriously. I am a proud zionist and that should not have any impact on my ability to enter a videogame tournament. If you have any possible concerns about safety, I can assure you that I am not a danger to anyone and wouldnt cause any problems at an event. Any TO or player that has ever met me would testify that I would never do anything to endanger the safety of others.
8:25 PM
this exact thing came up in the Houston local scene earlier this year when I was banned by one of the TOs who identifies as palestinian for that same tweet about the bombs, but I spoke to him and we came to an agreement that neither of us were ever hostile to each other and that our opinions about the conflict would stay out of smash, and the ban was lifted in about a week.
8:28 PM
this is also a huge double
Start a message


2:52
63%
geoff.gg
8:28 PM
this is also a huge double standard because Im sure you can find plenty of people who are entered in LMBM that have said some really nasty things about israel. Bravo, who has never even spoken to me or met me, called me a zionist weasel and nothing happens. Its just kind of crazy that I get instabanned over something like this. I inplore you to please reconsider your decision, regardless of your opinions on the current war. I just want to play smash.
thank you for reading my appeal, and if you have any other questions please feel free to ask
8:34 PM
December 21, 2023
hi, please respond as soon as you can, I would like to clear this up
4:50 PM · Sent
Start a message