**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **FELIX HASSON** | ) | |
| *Plaintiff,* | ) | **Case No. 1:26-cv-00114** |
| **v.** | ) | |
| **MAXIMILLIAN KRCHMAR** | ) | |
| *Defendant.* | ) | |

# EXHIBIT 5

**EMG | GH Aerodusk**
@Aerodusk

Have been running events all day, just got to this and he has been removed 👍🏽

> **Junglist Soldier** 🇵🇸 @Bravo_irl · Dec 20
> why is this racist zionist weasel allowed at your event @MaxKetchum_ @Cagt3000 @Aerodusk




8:56 PM · Dec 20, 2023 from Florida, USA · **23.8K** Views

12 9 172 6