**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **FELIX HASSON** | ) | |
| ***Plaintiff,*** | ) | **Case No. 1:26-cv-00114** |
| **v.** | ) | |
| **MAXIMILLIAN KRCHMAR** | ) | |
| ***Defendant.*** | ) | |

# EXHIBIT 6

# maxketchum, Cagt, Aerodusk

Welcome to the beginning of the **maxketchum, Cagt, Aerodusk** group.

February 2, 2025

→ ¯_(ツ)_/¯ added **Cagt** to the group.
2025-02-02 11:12 AM

→ ¯_(ツ)_/¯ added **maxketchum** to the group.
2025-02-02 11:12 AM

¯_(ツ)_/¯ 2025-02-02 11:12 AM

hey fellas, sure youre all in the loop of this Tpot lawsuit stuff

as part of the lawsuit EMG needs to respond within the next 3 days to their claims and since i dont have the full picture of what went down with this i wanted to get us in a gc to help get all the info (edited)

ive started collecting a bit of info from what i know, but if you guys can add anythig to this it would be appreciated since the deadline is fast approaching

things that will help:

4. Provide copies of all codes of conduct, anti-discrimination policies, or tournament rules in place at the time of the ban. Highlight sections relevant to hate speech or disruptive behavior. If any

(does anything like this exist?)

6. Were other individuals banned for similar conduct? Provide examples (names, dates, reasons) to demonstrate consistent policy enforcement. If any

(can you link me the global ban database doc? thats probably the most relevant doc i can think of to answer this)

8. Was the plaintiff's religion or ethnicity ever mentioned during discussions about the ban? If yes, explain the context.

(im assuming no, but just want to fact check)

9. Provide all communications with the plaintiff regarding the ban (e.g., direct messages, emails, public statements). - Include any explanations given to the plaintiff for the ban.

who was the one that let them know? did any organizers make any public statements?

10. Did the plaintiff attempt to appeal the ban? If yes, describe the process and outcome.

(im assuming no but lmk)

**maxketchum** 2025-02-02 11:35 AM
4 might be in some kind of community guidelines from back when there was a disciplinary panel, even if it wasn't currently in use

6 we can reference Zomba in 2018 lmao, and aidenfeli

8 is no, I'll send the screenshot of the discussion but it was literally Geoff sending a link to a tweet calling him out and me saying "yeah I'm with it"—can use that to demonstrate that there wasn't really any discussion and we just have a zero tolerance policy for hate speech

9 pretty much nothing other than Geoff announcing his ban, don't think anyone directly spoke to him

10 pretty sure he DMed one of us, might have been Cyrus but I don't think he responded

**¯_(ツ)_/¯** 2025-02-02 11:38 AM
what was geoffs announcement?

**maxketchum** 2025-02-02 11:38 AM
Honestly I don't know if he actually tweeted it now that I think about it, but I think he did post something
I'll wait for him to see this cause it'd be way easier for him to find it
Also I'd be careful about using the "he was already banned from other tourneys" cause we'd have to prove that we collaborated with those guys on his ban which we didn't
I have the screenshot of our entire discussion which was insanely short hold on



This was literally all the deliberation done lmao
I think that does plenty to absolve us of any discriminatory action
Missing link is the deleted tweet asking why he's allowed at our event

**Cagt** 2025-02-02 11:42 AM
I'm gonna take a look at everything you sent in full in a sec Joe, but I do have the screenshots of the DMs he sent me before LMBM
It was in my message requests and I saved them, but I never responded to him
One sec

**Aerodusk** 2025-02-02 11:44 AM
https://x.com/aerodusk/status/1737653251481424157?s=46&t=a3pQwZXEZ1ltD_2H3xECyw

> **geoff.gg (@Aerodusk) on X**
> Have been running events all day, just got to this and he has been removed 👍
> X • 2023-12-20 8:56 PM

This and the what Max screenshotted are my entire contribution

**Cagt** 2025-02-02 11:45 AM



Tried to send it in order

Otherwise, I personally never tweeted anything publicly regarding his ban

↳ @Aerodusk https://x.com/aerodusk/status/1...

**¯_(ツ)_/¯** 2025-02-02 11:47 AM

i have a feeling that QRT the zionist weasel comment they are going to try and spin as an endorsement of hate speech

**maxketchum** 2025-02-02 11:48 AM

Yeah same, unfortunately

I think we just point to the massive amount of public support that removing him from the event had

And that nobody knew that "weasel" is a targeted word

**Aerodusk** 2025-02-02 11:49 AM

They can try and spin it every which way, it was simply an acknowledgement of the ban, and there's tons of references in regards to other bans where it's common to QRT with decisions

**Cagt** 2025-02-02 11:49 AM

There's def tweets about him

**maxketchum** 2025-02-02 11:49 AM

Prob in the comments of the Bravo tweet

**Cagt** 2025-02-02 11:49 AM

I don't remember getting any DMs but I can check

**Aerodusk** 2025-02-02 11:51 AM




I would check the post announcing the lawsuit, it has tons of people stating they felt unsafe

**¯_(ツ)_/¯** 2025-02-02 11:56 AM

do we know if he recieved any prior warnings before being banned?

it sounds like there was a Palestinian TO he worked things out with?

**maxketchum** 2025-02-02 11:56 AM

Here's what I'd say our key talking points are:

individual has a history of edgy/racially provocative behavior

The tweets that put him on our radar were him laughing at violence, not him saying he's Jewish or a Zionist or expressing his faith

**sorry but festive** @SorrySSB · Dec 23

Replying to @MarkGoldfeder @NJACLaw and 6 others

I would be significantly less likely to attend events run by EMG if players such as **t_pot** were allowed to play despite the objectionable comments mocking dead Palestinians. This is coming from a long-time EMG customer, dating back to tournaments ran in 2016-today.

2 16 1.5K

**Madasti** @Madasti_ssbu · Dec 29, 2023

That's shitty but tbf that can't be compared to t pot, he's literally advocating for genocide 😂

3 831

**CAP** @Andy98725 · Dec 29, 2023

This is misinfo. He was only banned for publicly laughing and cheering on deaths. Others have been banned for similar before.

Posting such egregious disinformation is irresponsible and only serves to undermine actual discrimination cases. Please think twice about this.

5 6 466 13K

**Waypoint Cafe** @WaypointcafeNYC · Dec 29, 2023

T_pot made tweets laughing at the deaths of civilians, and in recent weeks he was throwing up gang signs in our venue.

These actions concerned multiple members of our community and our staff, resulting in his ban.

Our venue is not for anyone who makes it unsafe for others.

4 33 514 12K

**maxketchum** 2025-02-02 11:56 AM
Here's what I'd say our key talking points are:

individual has a history of edgy/racially provocative behavior

The tweets that put him on our radar were him laughing at violence, not him saying he's Jewish or a Zionist or expressing his faith

His posts were brought to our attention and we removed him with minimal deliberation

We've banned people immediately without chance for appeal for similar behavior before and after this incident (Zomba, aidenfeli, Miami guy)—we even banned Aiden for saying shit about Jews and I'll slide that screenshot in a sec

Several of our attendees and staff are Jewish and they've never been discriminated against

We were literally partnered with a team that had Jewish ownership at the time so it's insane to call us antisemitic (edited)

@¯_(ツ)_/¯ it sounds like there was a Palestinian ...
**maxketchum** 2025-02-02 11:57 AM
This is his ban from Texas, hopefully that guy answers when you call




**Aerodusk** 2025-02-02 12:02 PM
Why do I feel like they're gonna say "that's recent, it doesn't count"

**maxketchum** 2025-02-02 12:02 PM
It's before we got sued for it lmao so no way it was done to clear us of a future accusation of antisemitism
Good enough imo

**¯_(ツ)_/¯** 2025-02-02 12:03 PM
does anyone know who Pokemike is?

**maxketchum** 2025-02-02 12:03 PM
No clue

**¯_(ツ)_/¯** 2025-02-02 12:04 PM
houston venue is saying thats who issued the ban

**maxketchum** 2025-02-02 12:04 PM



yo

do you have those screenshots of aidenfeli saying slurs

a local venue owner reached out to me about it

Sep 23, 2024, 4:48 PM

**aidenfeli** Today at 12:46 PM
beaner faggot keeps talking shit

**aidenfeli** Today at 12:48 PM
OH MY GOD

stupid fucking jew

Also he's started ramping up his harassment towards me specifically but I really don't feel like getting into it rn

Sep 23, 2024, 4:54 PM

just thought id bring this to your attention since ppl keep on leaking my messages x.com/aidenfeli/stat...

Dec 10, 2024, 10:23 PM

don't worry we're on it

**maxketchum** 2025-02-02 12:04 PM




That's fine anyway tbh cause it's not like we can show that we corresponded with them

Or anyone else

I think going with the angle of "we spent minimal time deliberating this guy's ban and just kept it moving" is good on its own

Waypoint guy had a good point that there's no reason for us to even know the guy was Jewish in the first place, he just made some outrageous posts that we'd autoban anybody for

Also we only banned him from one singular event and did nothing to propagate further action

↳ @maxketchum Waypoint guy had a good point th...

**Aerodusk** 2025-02-02 12:10 PM

^ I mean genuinely we didn't

There's even someone in the comments of that Bravo post saying crazy stuff, and follows up with "btw I'm a Zionist Athiest" so the two aren't even tied together

**maxketchum** 2025-02-02 12:12 PM

Yeah being a Zionist doesn't require being Jewish

Pete Hegseth calls himself a Zionist in his confirmation hearing from last week and he's a Christian

Might even use the term Christian Zionist

Could be an important angle to take

**¯_(ツ)_/¯** 2025-02-02 12:17 PM

can you guys link me the global ban database doc?

and do we know what the date range was for this zomba ban?

what are the details around it? i didnt even know he was banned

**maxketchum** 2025-02-02 12:18 PM

Zomba ban was LMM 2018

Lemme see if I can find that

He tweeted about how him and his friends got in trouble for saying the hard R on the bus, including the full word in the tweet, and saying he didn't understand why it was a big deal

He was literally 12 or 13 lmao but people tagged me about it and I banned him from the event

**¯_(ツ)_/¯** 2025-02-02 12:22 PM

also can you ask that pokemike guy if he can provide any details around the tpot ban/suspension in texas

aidenfeli was also banned for hate speech?

12:04

Follow back

**TCGG|Pokemike(alt)**

@PokemikeA Follows you

19| t.o of Respawn and game guys

Joined October 2022

**454** Following **101** Followers

Followed by NF | Zie, ヨシドラ, ven, and 1 other

**Posts** Replies Media

TCGG|Pokemike(alt) reposted

**Turnip Cafe** @TurnipCafe · 4d

😍 @SirpoSpin is your 3-day Comicpalooza Pass raffle winner! We'll have other raffles in February and March, so keep a look-out to retweet or tag your favorite top player for YOUR chance! 😍

P.S. If you have 50+ Lumirank points please send us a DM for a potential free ticket!

> **Turnip Cafe** @TurnipCafe · 1/11/25
>
> 😱 $8,000 of Pot Bonuses 😱
>
> CP Fight Club 2025 returns to Houston, TX as a TWO DAY EVENT featuring Smash Ult and Rivals 2 at the biggest anime and pop-culture convention in Texas!
>
> Retweet / tag your favorite top player for your

GROK

**maxketchum** 2025-02-02 12:24 PM
Yeah I'll hit him up

maxketchum *Click to see attachment*

**maxketchum** 2025-02-02 12:24 PM
This message was the original reason I banned Aiden yeah

I can't find anything on the Zomba ban

If you think it'd be helpful joe I'm down to hop on the line next time you meet with the lawyer

I'm k

Ok

Lemme get on my comp

**maxketchum** 2025-02-02 12:40 PM
just bolding the prompts for my own visual clarity

**maxketchum** 2025-02-02 12:48 PM




looks like he has a habit of review bombing places, waypoint said the same thing happened to them

unfortunately i think both the texas ban and waypoint/house bans happened after our ban

@Cagt if you have any way of accessing the code of conduct that was used for events at that time, would be super helpful

**¯_(ツ)_/¯** 2025-02-02 12:56 PM
was he not suspended in texas beforehand?

**maxketchum** 2025-02-02 12:56 PM
from what i'm gathering i don't think so

**¯_(ツ)_/¯** 2025-02-02 12:56 PM
thats what cyrus' dm he got leads me to believe

**maxketchum** 2025-02-02 12:56 PM
i just asked

oh true

**Cagt** 2025-02-02 2:09 PM
Yeah I'm busy with an event right now but will get to it tonight on the way home

February 3, 2025

**¯_(ツ)_/¯** 2025-02-03 10:12 AM
Do you guys know what his full name / email is?

**maxketchum** 2025-02-03 10:22 AM
Felix Hasson

Not sure on email

Under our policy we don't even have to refund him right

**Aerodusk** 2025-02-03 12:03 PM
https://docs.google.com/document/d/1JaW1tnfwH86kPWhp286E4iKoeifK2ayWXlu4sUEI2Ak/edit

**TCGG|Pokemike(alt)**

**TCGG|Pokemike(alt)**
@PokemikeA

19| t.o of Respawn and game guys

Joined October 2022 · 102 Followers

Followed by NF | Zie, Peab 🥜, and 2 others you follow

Yo what's up man

Idk if you saw the articles from a while back but Tpot is suing EMG for banning him from LMBM 2024 lmao, we've been trying to formulate our initial response to his legal team and in our poking around we found he was banned from some events in Houston that you worked with

Any chance you can shed some light on what that looked like/what he was banned for?

1 new message

Hi, yeah I did see those articles. We banned him because of his online post and what we heard he did in New York. He was originally just temporarily banned but after he spoke to an online news doxxing my venue owner we felt that it was unsafe for him to be near us. He's tried getting our place review bombed.

12:42 PM

**Aerodusk** 2025-02-03 12:03 PM
https://docs.google.com/document/d/1JaW1tnfwH86kPWhp286E4iKoeifK2ayWXlu4sUEI2Ak/edit

Google Docs
**GENESIS X2 Attendee Agreement - english, spanish, french, japanese**
GENESIS X2 Attendee Agreement Genesis Code of Conduct and Terms of Service Spanish, French, and Japanese translations provided By attending the GENESIS X2 tournament event, you agree to abide by the following code of conduct. Violating these rules may lead to expulsion from the event without ...

Here's the attendee policy for Genesis (one of the biggest tournaments) for comparison on standards, straight at the top it says no refunds for breaking any policies (edited)

**¯_(ツ)_/¯** 2025-02-03 12:12 PM
geoff have you responded to the lawsuit yet?

**Aerodusk** 2025-02-03 12:12 PM
I have not been contacted yet, no

**maxketchum** 2025-02-03 12:12 PM
Oh my bad I thought you were

**Aerodusk** 2025-02-03 12:13 PM
Apparently some dude tried to reach me online but I haven't seen anything in-person so 🍷
That's the advice I was given by a lawyer

**maxketchum** 2025-02-03 7:48 PM
I don't remember if I got a DM lemme check

**¯_(ツ)_/¯** 2025-02-03 7:55 PM
so what was the precedent for you guys deciding on banning him?
i dont think a judge will rule in favor of this guy, but this is definitely going to cost everyone a good amount of time and money if they follow through on this lawsuit

**maxketchum** 2025-02-03 7:57 PM
People def tagged us and supported the posts, I think it made sense to ban the guy
Pretty much same thing as the Miami dude

**¯_(ツ)_/¯** 2025-02-03 7:58 PM
miami guy acted aggressive at the event and was removed by police
that im less concerned about, its also not being handled in federal court

**maxketchum** 2025-02-03 7:58 PM
Yeah he fucked up even harder by coming, but same deal with the initial ban
I don't think it's possible for him to prove this was done in some kind of discriminatory fashion though (edited)
That's fucking nuts

**¯_(ツ)_/¯** 2025-02-03 7:59 PM
i dont think so either but thats the angle they are going to push, and they clearly have the resources to drag this out

**maxketchum** 2025-02-03 8:01 PM

**maxketchum** 2025-02-03 8:01 PM
I don't know what this million dollars bullshit is about but if he wants to sue for the right to compete then like...yeah whatever man you're unbanned

It's just gonna be a fucking headache and a ton of legal fees

**¯_(ツ)_/¯** 2025-02-03 8:01 PM
after i speak with a lawyer thats been able to review everything(hopefully tomorrow) ill let you guys know what they come back with, but yeah this is definitely a serious thing that everyone should get legal counsel on

**maxketchum** 2025-02-03 8:01 PM
I can't imagine any sane judge awards him damages, especially that much

For me and Cyrus should we be expecting to testify or some shit? Idk if that's a thing in civil cases

**¯_(ツ)_/¯** 2025-02-03 8:03 PM
its a federal case, and yes i would assume so

**maxketchum** 2025-02-03 8:03 PM
Like I'm down to do whatever to help the case cause it's fucking ridiculous but idk if I'm supposed to lawyer up if I'm not named in the suit

Yeah but it's a civil case and not criminal

**¯_(ツ)_/¯** 2025-02-03 8:03 PM
youre directly named in it

not sure if cyrus is

**maxketchum** 2025-02-03 8:04 PM
Yeah so is like Lyric and shit but I'm not listed as a defendant

**¯_(ツ)_/¯** 2025-02-03 8:04 PM
but yeah i would get legal advice to be safe\

**maxketchum** 2025-02-03 8:04 PM
I don't think Cyrus is named in it though

Yeah for sure

**¯_(ツ)_/¯** 2025-02-03 8:04 PM
not worth not covering your bases on something this serious

**maxketchum** 2025-02-03 8:04 PM
I don't think I need to like retain an attorney though

Fuckin A

**¯_(ツ)_/¯** 2025-02-03 8:05 PM
might even be worth trying to get a community fund for the legal fees

**maxketchum** 2025-02-03 8:05 PM
This is such a pain in the ass for no reason

**¯_(ツ)_/¯** 2025-02-03 8:05 PM
will be easily 20K usd+

**maxketchum** 2025-02-03 8:05 PM
Bruh

Is that what the waypoint guy quoted you?

Or your regular guy

**¯_(ツ)_/¯** 2025-02-03 8:06 PM
lawyer rates are usually around 300-600$

just reading the 33 page document will be 5-10k

**maxketchum** 2025-02-03 8:06 PM
Oh just like based on the hours I see

**maxketchum** 2025-02-03 8:06 PM
Oh just like based on the hours I see
That's fucked in the head
I wonder if this waypoint guy represents everyone it'll be significantly cheaper
Idk how pricing works if a lawyer represents multiple defendants

**¯_(ツ)_/¯** 2025-02-03 8:08 PM
yeah it would be cheaper
but thats assuming they are down to represent everyone, not sure if that will be the case

**maxketchum** 2025-02-03 8:08 PM
Yeah
We'll see how this all develops but I'll def try to talk to someone

**Cagt** 2025-02-03 8:12 PM
I wasn't named nor was I contacted by anyone ever since this became a thing
I have a family lawyer just in case shit goes wrong though

**Aerodusk** 2025-02-03 8:13 PM
I would be labelled as judgement proof in a court of law so if this guy tries to get a million dollars out of me it'd just be a massive waste of time on his part (edited)

**maxketchum** 2025-02-03 8:13 PM
This guy has literally zero case, it's just a waste of time and money
You're allowed to refuse people from an event it's just like getting kicked out of a bar for being an asshole
And he can't prove we banned him cause he's Jewish or that we even knew he was Jewish in the first place
And like...nobody is being banned for being Jewish
Or even for being a Zionist, it's literally just his tweets

**Aerodusk** 2025-02-03 8:15 PM
Nobody has been banned from an event for their religion to even begin with

**Cagt** 2025-02-03 8:15 PM
Also re: the original message you sent Joe, the Global Ban Datbase was taken down long before LMBM 2024, and the public google doc was archived
We do have a list of banned players on startgg, which *is* 99% based off of the GBD though
But every event followed the GBD while it was active

**maxketchum** 2025-02-03 8:16 PM
I think we just need the conduct guidelines

**Cagt** 2025-02-03 8:17 PM
T_pot was never on the GBD btw
Since his case came up after it was disbanded

**Aerodusk** 2025-02-03 8:17 PM
I think Joe was asking to see the archive for the purpose of comparing previous case structure

**Cagt** 2025-02-03 8:17 PM
You could use the old CoC conduct guideliens
Or actually
Use the CSRP one
Since it's more relevant and is followed by LumiRank/Melee Rankings

Ah

Then old CoC one it is

Lemme see if I can find it

**maxketchum** 2025-02-03 8:18 PM
Bet thank you

**Cagt** 2025-02-03 8:18 PM
https://docs.google.com/document/d/1Jj7_EMUK5r6wF0ESbU9sq__zpRzhlUjOtF4Vbx5wBJ4/edit?tab=t.0

> Google Docs
> **Code of Conduct (Public)**
> SSB Community Code of Conduct Adapted from the ESIC Code of Conduct ARTICLE 1 - SCOPE & APPLICATION 1.1 All Participants are automatically bound by and required to comply with all of the provisions of the Code of Conduct. Participants shall be deemed to have agreed: 1.1.1 That it is their pers...

Found it

**maxketchum** 2025-02-03 8:19 PM
Thanks bro

**Cagt** 2025-02-03 8:20 PM
Also I checked - I never recevied any DMs about T_pot whatsoever

(apart from him obv)

**maxketchum** 2025-02-03 8:21 PM
Doesn't look like there's anything in that code of conduct that describes what he did

Which is unfortunate

**Cagt** 2025-02-03 8:22 PM
I'm sure there's one clause that relates to him, no?

Even if it's not 1 to 1

**maxketchum** 2025-02-03 8:22 PM
We don't even have to make the case that anyone felt unsafe because of him, just that we deemed him problematic to have at the event

Nah it's mostly like, sexual stuff and doxxing, or threatening people

I'll reread it again

February 4, 2025

**¯_(ツ)_/¯** 2025-02-04 12:47 PM
So just so I'm understanding, you guys saw this guys inappropriate tweets and then Geoff you messaged max to confirm if he should be banned from
Lmbm, max agreed, and that was the gist of it?

**Aerodusk** 2025-02-04 12:47 PM
That was quite literally the entire interaction yes

**¯_(ツ)_/¯** 2025-02-04 12:47 PM
Was there any others comms besides that dm you sent?

Kk

**maxketchum** 2025-02-04 12:47 PM
It was in the group chat yeah

**Aerodusk** 2025-02-04 12:47 PM
No

**maxketchum** 2025-02-04 12:47 PM
Nope nothing else