**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELIX HASSON,<br><br>Plaintiff,<br><br>-vs-<br><br>MAXIMILLIAN KRCHMAR,<br><br>Defendant. | Case No.: 1:26-cv-00114<br><br>**STIPULATED ORDER STAYING INITIAL DISCLOSURES AND DISCOVERY AND SCHEDULING MOTION TO DISMISS** |

**IT IS HEREBY** stipulated on behalf of Defendant, Maximillian Krchmar ("Defendant"), and Plaintiff Felix Hasson's ("Plaintiff") as follows:

1. The Parties' obligations to provide Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) are hereby suspended pending the outcome of Defendant's Motion to Dismiss;
2. The Parties' obligations to demand discovery and/or provide responses thereto pursuant to Fed. R. Civ. P. 26-27, 30-36 are hereby suspended pending the outcome of Defendant's Motion to Dismiss;
3. Defendant shall file his Motion to Dismiss in lieu of an Answer on or before March 25, 2026;
4. Plaintiff shall file his opposition to Defendant's Motion to Dismiss on or before April 15, 2026.
5. Defendant shall file his reply in further support of Defendant's Motion to Dismiss on or before April 29, 2026.

**NEXTGEN COUNSEL LLC**

By: <u>*/s/Michael H. Ansell*</u>
Michael H Ansell, Esq.
9 Egbert Avenue
Morristown, NJ 07960
P: 732-539-0920
michaelansell@nextgencounsel.com
*Attorneys for Defendant Maximillian Krchmar*

Dated: March 10, 2026

**NATIONAL JEWISH ADVOCY CENTER**

By: <u>/s/*Matthew Mainen*</u>
Matthew Mainen
3 Times Square
New York, NY 10036
P: 301-814-9007
Practicing Pro Hac Vice
Email: matt@njaclaw.org
*Attorney for Plaintiff Felix Hasson*

Dated March 10, 2026

**SO ORDERED:**

Dated:

________________________________
DENISE COTE
United States District Court Judge