```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FELIX HASSON,                       :
                                    :
                Plaintiff,          :        26cv114 (DLC)
                                    :
        -v-                         :          ORDER
                                    :
MAXIMILLIAN KRCHMAR,                :
                                    :
                Defendant.          :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

On **March 10, 2026,** the parties indicated that the defendant intends to file a motion to dismiss the complaint.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that the defendant shall file any motion to dismiss by **March 25, 2026.**

IT IS FURTHER ORDERED that the plaintiff shall file any amended complaint by **April 10, 2026.**  It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **April 10, 2026.**  Defendant's reply, if any, shall be filed by **April 17, 2026.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **March 12, 2026** is adjourned sine die.

Dated:    New York, New York
          March 11, 2026

_____
DENISE COTE
United States District Judge

2