**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELIX HASSON,<br><br>Plaintiff,<br><br>-vs-<br><br>MAXIMILLIAN KRCHMAR,<br><br>Defendant. | Case No.: 1:26-cv-00114<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. Civ. P. 12(b)(6)** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated March 25, 2026, and the Declaration of Michael H. Ansell, Esq., dated March 25, 2026, Defendant Maximilliam Krchmar ("Defendant"), by his counsel, will move this Court, before the Honorable Denise Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an Order dismissing Plaintiff Felix Hasson's ("Plaintiff") Complaint pursuant to the Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as the Court deems appropriate.

**NEXTGEN COUNSEL LLC**
*Attorneys for Defendant Maximillian Krchmar*

*/s/Michael H. Ansell*
BY: MICHAEL H ANSELL, ESQ.

Dated: March 25, 2026