# EXHIBIT D

**NextGen** Counsel LLC
Michael Ansell, Esq.
9 Egbert Avenue
Morristown, NJ 07960
Ph: 732.539.0920
michaelansell@nextgencounsel.com
www.nextgencounsel.com

September 19, 2025

**Via ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: Hasson v. Luminosity Gaming (USA) LLC**
**Case No.: 24-cv-9693 (NRB)**
**Defendant's Response to Plaintiff's Pre-Motion Letter for Injunctive Relief**

Dear Judge Buchwald:

This firm represents Defendant Maximillian Krchmar ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Rules, please accept this letter as Defendant's response to Plaintiff Felix Hasson's ("Plaintiff") Pre-Motion Letter for Preliminary Injunctive Relief. For the reasons set forth in Defendant's Pre-Motion Letter to Dismiss (ECF Doc. No. 129), Defendant disputes Plaintiff's arguments that he will suffer irreparable harm if injunctive relief is not granted and that he is likely to ultimately succeed on the merits. However, as also set forth in Defendant's Pre-Motion Letter to Dismiss, to the extent Defendant has any control over who participates in a tournament, establishment or group, Defendant agrees to permit Plaintiff to participate, rendering Plaintiff's Pre-Motion Letter for Injunctive Relief against Defendant to be moot. *See* ECF Doc. No. 129 at p. 4.

Based on this, I proposed to Plaintiff's counsel, Matthew Mainen, Esq., that the parties enter into a preliminary injunction through a Stipulation. Plaintiff agreed, and Mr. Mainen circulated a proposed Stipulated Order that enjoined Defendant "from banning or otherwise interfering with Plaintiff Hasson's admission into video game tournaments on account of Mr. Hasson's Jewish identity, including his Zionism and related support of and affinity to Israel and its military." In response, Defendant proposed broader language that simply enjoined Defendant "from banning or otherwise interfering with Plaintiff Hasson's admission into video game tournaments" since the issue of whether "Zionism and related support of and affinity to Israel and its military" is related to "Jewish identity" is in dispute and has in fact already been held by this Distrct to not be the case. *See Gartenberg v. Cooper Union for the Advancement of Sci. & Art*, 765 F. Supp. 3d 245, 264-66 (S.D.N.Y. Feb. 5, 2025); *Kopmar v. Ass'n of Legal Aid Attys.*, No. 24-CV-5158 (JPO), 2025 U.S. Dist. LEXIS 134446, at *18-19 (S.D.N.Y. July 15, 2025)

Incredibly, Mr. Mainen rejected these revisions for no other reason than the fact that he is using this case for publicity that could be used to support his agenda. For example, Mr. Mainen

has posted numerous times on his X account about this case and given interviews, including but not limited to:

1. In response to a post about Plaintiff (a/k/a "T_pot"), "a Jewish zionist being "blacklisted from esports because tournaments are ran [*sic*] by woketard Palestinian supporters" who responded by "doing what Jews do best, he goes to a Jewish lawyer…", Mr. Mainen posted, "First, we aren't the ADL. We are NJAC and we are better than them and all other Jewish orgs combined." *See* **Ex. A** at p. 1.

2. In response to a post asking, "What's the legal basis for T-pot being able to threaten suing smash tournaments if they don't let him attend?", Mr. Mainen stated, "T-pot's attorney here. The legal basis is multiple federal, state, and local statutes. Happy to send you the lawsuit laying it all out." *See* **Ex. A** at p. 2.

3. In response to a post about "Luminosity being sold [as] the result of the lawsuit filed by Tpot", on August 21, 2025, Mr. Mainen stated, "You are going to be pleasantly surprised about whether TOs are being held accountable no later than this time tomorrow, I believe." *See* **Ex. A** at p. 3. Plaintiff's Second Amended Complaint was filed the same day.

4. In response to a post that stated "Luminosity lawyers were not playing around with frivolousness of this lawsuit. Which is why you don't see apologies posts from them or the other terminated defenders [*sic*] from the list of 21", Mr. Mainen stated, "T-pot's attorney here. Your understanding is false. We had excellent claims against Luminosity under a partnership-by-estoppel theory, but they provided us with irrefutable proof that EMG had to cover every penny of their legal bills. To prevent extreme financial harm to EMG, whose leadership turned out to be great, we dropped our claims against Luminosity. We opted to not even pursue a settlement agreement with them to avoid a confidentiality agreement. We will be releasing all of the backstory on Luminosity soon as were are giving @Technicals_ the exclusive to this and many other aspects of the case." *See* **Ex. A** at p. 4.

5. Mr. Mainen posted on August 21, 2025, that @Technicals_ has "a video on this [lawsuit] dropping soon. We gave him the exclusive. All will be revealed." In a video posted by @Technicals_ on YouTube on August 31, 2025, he starts by falsely stating that "The Smash Community has just lost a civil rights lawsuit for banning T-pot")" and he later goes on to show the forced apologies from the defendants who were dismissed from the lawsuit.[1] *See* **Ex. A** at p. 5

6. In response to a post that stated, "I think tposts joke saying that a smash character who bombs themselves should represent Palestine warranted at least a temporary ban", Mr. Mainen stated, "It actually warranted free admission to all tournaments. Palestinian

[1] https://www.youtube.com/watch?v=KWmo9wAMrF8

culture embraces terrorism no less than German culture in 1944 embraced shoving Jews into ovens. My client won't be silenced in pointing out violently hateful societies." *See* **Ex. A** at p. 6.

7. Mr. Mainen posted on July 15, 2025, that "EMG is Even Matchup Gaming, a small business in Canada. Luminosity is owned by Enthusiast, also a Canadian business. We absolutely dropped the suit against EMG because they were 'nice guys.' The owner proved he had absolutely nothing to do with the ban. It was 3 TO's." *See* **Ex. A** at p. 7.

8. In an article in the Times of Israel, Mr. Mainen is quoted as saying:

"'What we're doing is we're really pushing for case law that when you tell a Jewish person that you're not going to include them in your place of public accommodation because they support Israel, that alone constitutes discrimination,' said Hasson's lawyer, Matthew Mainen."

"'The precedent that this case might set would really focus in on not just video games, but any place that's offering services that's attempting to deny them on the basis of someone's support for Israel,' Mainen said. 'It's going to be the launch point for a lot of cases in the future.'"[2]

9. In a video posted by @Technicals_ on or about February 19, 2025, which was reposted by Mr. Mainen on September 3, 2025, as part of the "exclusive" given to him by Plaintiff, he stated that Defendant, among others, "do not care about Jewish people and support terrorism."[3] *See* **Ex. A** at p. 8.

Based on this publicity, Defendant is regularly harassed online and has been the subject of threats, when the reality is that Plaintiff was not banned for who he is or who he supports, but rather because of his hateful posts about Palestinians. As a Jew myself, I am deeply disturbed by the fact Judaism, along with the label of "antisemitism", are being used as a sword against those who speak out against the actions of Israel, which have now been found to constitute genocide by the United Nations Independent International Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel[4], Amnesty International[5], and the Israeli human rights organizations of B'Tselem and Physicians for Human Rights-Israel[6], among others.

---

[2] https://www.timesofisrael.com/high-ranking-gamer-banned-for-pro-israel-stance-could-forge-new-legal-precedent-for-us-jews/
[3] https://www.youtube.com/watch?v=mx_d8Y1hTfI
[4] https://www.ohchr.org/en/press-releases/2025/09/israel-has-committed-genocide-gaza-strip-un-commission-finds
[5] https://www.amnesty.org/en/latest/news/2024/12/amnesty-international-concludes-israel-is-committing-genocide-against-palestinians-in-gaza/
[6] https://www.npr.org/2025/07/28/nx-s1-5482881/israel-gaza-genocide-rights-groups-btselem-physicians#:~:text=His%20name%20is%20Mohammad%20Al,%2C%20attack%20%E2%80%94%20amounts%20to%20genocide.

Unfortunately, this lawsuit is not about vindicating the rights of Plaintiff, it is about pushing an agenda championed by Plaintiff's attorney. And since Defendant has already agreed to the relief sought by Plaintiff in his pre-motion letter, it is now moot and should respectfully be denied by the Court so that Plaintiff's counsel cannot use this too as fodder for his X feed.

Sincerely,

Michael H Ansell, Esq.

cc: All counsel of record (via ECF)

# EXHIBIT A

X

Post

**Matt Mainen**
@MattMainen

First, we aren't the ADL. We are NJAC and we are better than them and all other Jewish orgs combined.

Second, I would love to represent a Christian gamer who was banned from tournaments for opposing trans insanity because his sincerely held religious beliefs dictate this.

> **Dalton E.** @JustDaltonNow · Aug 21
> >T_pot, a Jewish zionist, gets blacklisted from esports because tournaments are ran by woketard Palestine supporters.
>
> >T_pot responds by doing what Jews do best, he goes to a Jewish lawyer.
> ...
> Show more

8:36 PM · Aug 21, 2025 · **3,235** Views

8 1 35 3

Read 8 replies

**New to X?**
Sign up now to get you
Sign u
Sign
Creat
By signing up, you agre
Privacy Policy, includir

**What's happe**



The A
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

Don't miss what's happening
People on X are the first to know.
Log in

X

Post

**Matt Mainen**
@MattMainen

T_pot's attorney here. The legal basis is multiple federal, state, and local statutes. Happy to send you the lawsuit laying it all out.

> **Infinity_Adi** @Infinity__Adi · Aug 5
> Question
> What's the legal basis for T_pot being able to threaten suing smash tournaments if they don't let him attend?
>
> Is it just "I support israels genocide and if you ban me for that i say you are ...

4:11 PM · Aug 5, 2025 · **2,267** Views

3 | 3 | 25 | 1


**New to X?**

Sign up now to get you

Sign u

Sign u

Creat

By signing up, you agre
Privacy Policy, includin

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

X

Post

**Matt Mainen**
@MattMainen

You are going to be pleasantly surprised about whether TOs are being held accountable no later than this time tomorrow, I believe.

**jimbo** @ThePriscilla · Aug 21
So it appears that Luminosity being sold is the result of the lawsuit filed by Tpot.

Which is a shame because that means the corrupt TOs who are to blame for discriminating against anyone who disagrees with their ideologies may have ...




8:34 PM · Aug 21, 2025 · **1,404** Views

2 | 1 | 18 | 2

**New to X?**
Sign up now to get you
Sign u
Sign
Creat
By signing up, you agre
Privacy Policy, includin

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.
Log in

X

Post

**Matt Mainen**
@MattMainen

Hi @Strawhatdad_ -

T_pot's attorney here. Your understanding is false. We had excellent claims against Luminosity under a partnership-by-estoppel theory, but they provided us with irrefutable proof that EMG had to cover every penny of their legal bills. To prevent extreme financial harm to EMG, whose leadership turned out to be great, we dropped our claims against Luminosity. We opted to not even pursue a settlement agreement with them to avoid a confidentiality agreement. We will be releasing all the backstory on Luminosity soon as we are giving @Technicals_ the exclusive to this and many other aspects of the case.

> **Aaron Hassell** @Strawhatdad_ · Jul 15
> Luminosity lawyers were not playing around with frivolousness of this lawsuit. Which is why you don't see apologies posts from them or the other terminated defenders from the list of 21. At first I thought they filed under defamation but filing as a civil rights complaint is wild x.com/NarniaJGC/stat...
> Show more
>
> Luminosity Gaming (USA) LLC
> Terminated: 03/25/2025
>
> **Defendant**
> Waypoint Cafe LLC
> Terminated: 05/15/2025
>
> **Defendant**
> Unknown Defendants 6
> Terminated: 04/01/2025
>
> **Defendant**
> Unknown Defendants 5
> Terminated: 04/01/2025
>
> **Defendant**
> Unknown Defendants 1
> Terminated: 05/15/2025
>
> **Defendant**
> Luminosity Gaming Inc.
> Terminated: 05/02/2025
>
> **Represented By**
> Victoria Vance Corder
> *Norton Rose Fulbright Us LLP*
> contact info
>
> **Defendant**
> House of 3000 LLC
> Terminated: 04/01/2025
>
> **Defendant**
> Jeffrey Franco

7:18 PM · Jul 15, 2025 · **1,549** Views

1 · 3 · 10 · 1

**New to X?**

Sign up now to get you

Sign u

Sign

Creat

By signing up, you agre Privacy Policy, includir

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.
Log in

X

# Post



**Matt Mainen** @MattMainen

He's got a video on this dropping soon. We gave him the exclusive. All will be revealed 😈

(But jokes aside we didn't cause this. Their holding company's stock price was already in the toilet)

12:02 PM · Aug 21, 2025 · **427** Views

2 15 1

**New to X?**

Sign up now to get you

Sign u

Sign u

Creat

By signing up, you agre Privacy Policy, includin

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

X

← **Post**

**Matt Mainen**
@MattMainen

It actually warranted free admission to all tournaments. Palestinian culture embraces terrorism no less than German culture in 1944 embraced shoving Jews into ovens. My client won't be silenced in pointing out violently hateful societies.

> **Muppet (min min bad)** @GroverJ95908089 · Sep 3
> I think tpots joke saying that a smash character who bombs themselves should represent Palestine warranted at least a temporary ban personally. x.com/MattMainen/sta...

1:06 AM · Sep 3, 2025 · **2,827** Views

1 3 6

**New to X?**
Sign up now to get you
Sign u
Sign
Creat
By signing up, you agre
Privacy Policy, includin

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.
Log in

X

← **Post**



**Matt Mainen**
@MattMainen

EMG is Even Matchup Gaming, a small business in Canada. Luminosity is owned by Enthusiast, also a Canadian business. We absolutely dropped the suit against EMG because they were "nice guys." Their owner proved he had absolutely nothing to do with the ban. It was 3 TO's.

7:36 PM · Jul 15, 2025 · **159** Views

1 5

**New to X?**

Sign up now to get you

Sign u

Sign

Creat

By signing up, you agre
Privacy Policy, includir

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

X

Post

**Matt Mainen**
@MattMainen

Check out these videos by @Technicals_

youtu.be/mx_d8Y1hTfI?si...

youtu.be/KWmo9wAMrF8?si...

> **Swish** @jakeswish_ · Sep 3
> Replying to @MattMainen
> What did you do to the smash scene?

4:27 PM · Sep 3, 2025 · **104.5K** Views

8 4 33 6

**Read 8 replies**

**New to X?**
Sign up now to get you
Sign u
Sign
Creat
By signing up, you agre
Privacy Policy, includin

**What's happe**



**The A**
LIVE

Trending in United Sta
**Justin Long**
1,150 posts

Trending in United Sta
**James Cook**
2,242 posts

Entertainment · Trend
**Amy Poehler**

Politics · Trending
**CEO of Turning Po**
5,295 posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Don't miss what's happening**
People on X are the first to know.
Log in