# EXHIBIT E

NJAC National Jewish Advocacy Center

**National Jewish Advocacy Center, Inc.**
**3 Times Square**
**New York, NY 10036**

**Hon. Naomi Reice Buchwald**
**United States District Judge Southern District of New York**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl Street, Courtroom 21A**
**New York, NY 10007**

September 19, 2025

Re: *Hasson v. Luminosity Gaming (USA), LLC et al.*, No. 1:24-cv-09693-NRB

Dear Judge Buchwald:

I write as counsel for Plaintiff Felix Hasson in the above captioned matter in response to Defendant Maximillian Krchmar's request for a pre-motion conference to file a motion to dismiss, ECF No. 129.

Plaintiff consents both to a pre-motion conference and for Defendant Krchmar to file a motion to dismiss, and Plaintiff reserves all substantive arguments on the merits for his related opposition brief.

Should this Court find it expedient to grant Defendant Krchmar leave to file his motion without a pre-motion conference—and Plaintiff has no opposition to this—Plaintiff requests a scheduling order whereby Defendant Krchmar is ordered to file his motion by November 17, Plaintiff his opposition by December 8, and Defendant his reply by December 22.

Good cause exists for this scheduling order. Plaintiff's counsel has a dispositive motion deadline in another matter, *Sumrall v. Ali*, 1:25-cv-02277-TNM (D.D.C.), due on September 29. This matter involves a heavy circuit split, requiring extensive research and all of Plaintiff counsel's attention. Immediately thereafter, Plaintiff's counsel must draft and file a class action lawsuit in the Central District of California that is up against a statute of limitations in mid-October. Plaintiff's counsel also anticipates being required to file in October a substantive merits brief in a highly complex whistleblower matter currently before the Department Justice's Office of Attorney Recruitment and Management (OARM).

In the midst of all of this, Plaintiff's counsel and his colleague may be drafting their own substantive briefs in this matter in the form of a preliminary injunction motion and a motion for default, should this Court grant such leave.

Plaintiff's counsel also contacted Defendant Krchmar's counsel today to begin a meet-and-confer process over a Rule 11 motion that the former intends to serve on the latter in accordance with Rule 11(c)(2).

Finally, we are entering the Jewish holiday period, which commences on the evening of September 22 with Rosh Hashanah and concludes only on October 14 with the end of Shemini Atzeret. Plaintiff's counsel and his colleagues are Jewish, as is Plaintiff, and they intend to participate in the many festivities and/or synagogue services.

Plaintiff's counsel reached out to Defendant Krchmar's counsel, mentioning *inter alia* the Jewish holidays, and Defendant Krchmar's counsel withheld his consent to this proposed scheduling order, even after Plaintiff's counsel agreed to compromise. *See* Ex. 1.

Thank you for your attention to this matter.

Sincerely,

/s/ *Matthew Mainen*

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center
matt@njaclaw.org
(301) 814-9007

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **FELIX HASSON** *Plaintiff,* v. **LUMINOSITY GAMING (USA), LLC et al.** *Defendants.* | **Case No. 1:24-cv-09693** **Jury Trial Demand** |

# EXHIBIT 1

Outlook

## Re: Hasson v. Luminosity

**From** Matthew Mainen <Matt@njaclaw.org>
**Date** Fri 9/19/2025 10:09 AM
**To** Michael Ansell <michaelansell@nextgencounsel.com>

Okay, thanks for the update.

Best,

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

---

**From:** Michael Ansell <michaelansell@nextgencounsel.com>
**Sent:** Friday, September 19, 2025 10:04 AM
**To:** Matthew Mainen <Matt@njaclaw.org>
**Subject:** Re: Hasson v. Luminosity

I have. Due to the online threats and harassment that my client has been receiving due to your publicity campaign about this matter, he would like to clear his good name as soon as possible, and we all know how long it can take the Court to decide on a MTD. With that in mind, we're not willing to agree to any delays.

Michael H Ansell, Esq.

T: 732-539-0920

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Friday, September 19, 2025 10:50 AM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Re: Hasson v. Luminosity

No worries. If your client changes his mind let me know. On another matter, have you given more thought to us stipulating to consenting to the MTD?

Best,

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

---

**From:** Michael Ansell <michaelansell@nextgencounsel.com>
**Sent:** Friday, September 19, 2025 9:47 AM
**To:** Matthew Mainen <Matt@njaclaw.org>
**Subject:** Re: Hasson v. Luminosity

So my revisions were too generous? I can't wait for you to have to explain this to the court

Michael H Ansell, Esq.

T: 732-539-0920

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Friday, September 19, 2025 10:45 AM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Re: Hasson v. Luminosity

Thanks, Michael. We appreciate it, but we decline.

There's only one ground on which we believe your client should be enjoined from banning Felix and that is what was spelled out in the drafts I presented.

Best,

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

---

**From:** Michael Ansell <michaelansell@nextgencounsel.com>
**Sent:** Friday, September 19, 2025 7:50 AM
**To:** Matthew Mainen <Matt@njaclaw.org>
**Subject:** Re: Hasson v. Luminosity

Matt,

Please see the attached redlined Proposed Prelim Injunction and Motion

Michael H Ansell, Esq.

T: 732-539-0920

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Thursday, September 18, 2025 3:22 PM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Re: Hasson v. Luminosity

Sorry, use these instead.

Best,

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Thursday, September 18, 2025 2:17 PM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Re: Hasson v. Luminosity

Hi Michael - please see enclosed proposed stipulated injunction.

Best,

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Thursday, September 18, 2025 7:53 AM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Re: Hasson v. Luminosity

Logistics. We've got the Jewish holidays coming up that terminate on October 14 combined with some things we want to get out that are up against an SOL.

I could compromise down to November 1 for you to file.

---

**From:** Michael Ansell <michaelansell@nextgencounsel.com>
**Sent:** Thursday, September 18, 2025 7:49 AM
**To:** Matthew Mainen <Matt@njaclaw.org>
**Subject:** Re: Hasson v. Luminosity

Is there a logistical reason for such a delayed schedule or do you just want 3 months to work on an opposition?

image001.png

Michael H Ansell, Esq.
Founder & Managing Member
T: 732-539-0920
michaelansell@nextgencounsel.com
www.nextgencounsel.com
Instagram |Facebook |Linkedin | Twitter | Schedule Call

This email is from NextGen Counsel LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy, or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

On Sep 18, 2025, at 8:33 AM, Matthew Mainen <Matt@njaclaw.org> wrote:

The scheduling order is part of our offer to consent to you filing an MTD. So, no deal?

---

**From:** Michael Ansell <michaelansell@nextgencounsel.com>
**Sent:** Thursday, September 18, 2025 7:04:35 AM
**To:** Matthew Mainen <Matt@njaclaw.org>
**Subject:** Re: Hasson v. Luminosity

I'd be fine with that, but if the court permits a motion, I'll be filing right away

image001.png

Michael H Ansell, Esq.
Founder & Managing Member
T: 732-539-0920

michaelansell@nextgencounsel.com
www.nextgencounsel.com
Instagram |Facebook |Linkedin | Twitter | Schedule Call

This email is from NextGen Counsel LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy, or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

On Sep 17, 2025, at 7:57 PM, Matthew Mainen <Matt@njaclaw.org> wrote:

Hi Michael,

I am inclined to just consent to you just straight away filing an MTD and us skipping the pre-motion conference, if the judge will allow.

How would you feel about requesting a scheduling order requiring you to file on November 17, our opposition on December 8, and your reply December 22.

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Wednesday, September 17, 2025 2:28:05 PM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Re: Hasson v. Luminosity

Sure. I will get you something tomorrow.

Best,

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

---

**From:** Michael Ansell <michaelansell@nextgencounsel.com>
**Sent:** Wednesday, September 17, 2025 2:14 PM
**To:** Matthew Mainen <Matt@njaclaw.org>
**Subject:** Re: Hasson v. Luminosity

Sounds good. Do you want to circulate an initial draft?

Michael H Ansell, Esq.

T: 732-539-0920

---

**From:** Matthew Mainen <Matt@njaclaw.org>
**Sent:** Wednesday, September 17, 2025 3:10 PM
**To:** Michael Ansell <michaelansell@nextgencounsel.com>
**Subject:** Hasson v. Luminosity

Hi Michael,

Just chatted with my client. If your client wants to stipulate to the court issuing a preliminary injunction against him, that is acceptable to Felix.

The case law will be resolved in the motion to dismiss.