# EXHIBIT H

National Jewish Advocacy Center

**National Jewish Advocacy Center, Inc.**
**3 Times Square**
**New York, NY 10036**

**Hon. Naomi Reice Buchwald**
**United States District Judge Southern District of New York**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl Street, Courtroom 21A**
**New York, NY 10007**

October 22, 2025

Re: *Hasson v. Luminosity Gaming (USA), LLC et al.*, No. 1:24-cv-09693-NRB

Dear Judge Buchwald:

I write as counsel for Plaintiff Felix Hasson in the above captioned matter. Thank you for your time yesterday. This letter is to follow up on what we discussed at yesterday's conference.

Regarding our request to file a motion for a preliminary injunction, we have decided that we will not pursue it nor will we accept Defendant Krchmar's stipulated preliminary injunction, or as his counsel has phrased it a "stipulated order." Several of Mr. Hasson's claims allow for injunctive and declaratory relief, and we are happy to wait until this Court is closer to determining the merits to think about equitable relief. The parties will certainly better know their respective positions after the motion to dismiss stage is completed. I reiterate our belief that injunctive relief in discrimination cases, both as a matter of case law and Rule 65, requires more specificity regarding the discrimination than that which Defendant Krchmar is willing to offer here, but that is a matter to be determined at a future date, should Plaintiff prevail.

As for the Rule 11 Motion, we will not be pursuing it at this time.

As for amending the Complaint, we accept your offer to amend the complaint. We will also seek again to sever the case so that the instant matter will only retain Defendants Tirrell and Krchmar and possibly Mendez (whom we cannot locate) as Defendants. I ask that you please issue an order granting leave to amend so that the Clerk's office will docket the amended complaint without complication. We will cite that order in the amended complaint, which will be filed on or before November 11, as agreed upon. Prior to that, we will meet and confer with Defendant Krchmar's counsel on a motion practice timeline and will file a proposed scheduling order.

Thank you for your attention to this matter.

Sincerely,

/s/ *Matthew Mainen*

Matthew Mainen

Litigation Counsel
National Jewish Advocacy Center
matt@njaclaw.org
(301) 814-9007