# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Felix Hasson,

Plaintiff,

- against -

**ORDER**

Luminosity Gaming (USA), LLC et al.,

24 Civ. 9693 (NRB)

Defendants.
--------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed plaintiff's October 22, 2025 letter, ECF No. 141, expressing his intention to file a third amended complaint in accordance with the Court's grant of leave to do so at a conference held on October 21, 2025, and withdrawing a number of prospective motions, see ECF Nos. 133 (preliminary injunction), 134 (default judgment), 136 (Rule 11).

Plaintiff is hereby granted permission to file the proposed third amended complaint against defendants Krchmar, Tirrell, and/or Mendez pursuant to Federal Rule of Civil Procedure 15(a). The Clerk of Court is also directed to close the open letter motion for a conference pending at ECF No. 136.

**SO ORDERED.**

Dated: New York, New York
October 23, 2025

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE