# EXHIBIT J

NJAC National Jewish Advocacy Center

**National Jewish Advocacy Center, Inc.**
**3 Times Square**
**New York, NY 10036**

**Hon. Naomi Reice Buchwald**
**United States District Judge Southern District of New York**
**Daniel Patrick Moynihan United States Courthouse**
**500 Pearl Street, Courtroom 21A**
**New York, NY 10007**

November 11, 2025

Re: *Hasson v. Luminosity Gaming (USA), LLC et al.*, No. 1:24-cv-09693-NRB

Dear Judge Buchwald:

I write as counsel for Plaintiff Felix Hasson in the above captioned matter to advise that Plaintiff has sought to dismiss the case against all Defendants except Waypoint Media Cafe LLC, for whom he sought default judgment but could not due to concerns over the emergence of inconsistent rulings between the defendants.

This Court had requested that Plaintiff file his Third Amended Complaint ("TAC") by today. However, Plaintiff respectfully requests a brief continuance to permit time for his dismissals to be approved so he can tailor his TAC to claims against what he hopes will be the sole remaining defendant. After filing his TAC, Plaintiff will seek to renew his motion for default judgment against Waypoint.

Plaintiff requests that he be given a week to file his TAC after his dismissals are verified by this Court, whenever that may be.

Sincerely,

/s/ *Matthew Mainen*

Matthew Mainen
Litigation Counsel
National Jewish Advocacy Center
matt@njaclaw.org
(301) 814-9007