**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELIX HASSON,<br><br>Plaintiff,<br><br>-vs-<br><br>MAXIMILLIAN KRCHMAR,<br><br>Defendant. | Case No.: 1:26-cv-00114<br><br>**CERTIFICATION OF SERVICE OF MOTION TO DISMISS COMPLAINT** |

I, Michael H. Ansell, Esq., hereby certify as follows:

1. I am not a party to this action, and I am over 18 years of age.

2. On March 25, 2026, I caused a true copy of the foregoing Notice of Motion, Declaration of Michael H. Ansell, with exhibits thereto, and Memorandum of Law in support of Defendant Maximillian Krchmar's ("Defendant") Motion to Dismiss Plaintiff Felix Hasson's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), to be served upon counsel for Plaintiff via ECF pursuant to S.D.N.Y. Local Rule 6.1(c):

Matthew Mainen, Esq.
National Jewish Advocacy Center
3 Times Square
New York, NY 10036
matt@njaclaw.org

Dated: March 25, 2026

*<u>/s/Michael H. Ansell</u>*
Michael H. Ansell, Esq.