# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Felix Hasson

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Maximillian Krchmar

(List the full name(s) of the defendant(s)/respondent(s).)

1:26 CV 00114 (DLC)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Felix Hasson

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: 6/8/26

(date that judgment or order was entered on docket)

that: dismissed all claims against Defendant Krchmar

(If the appeal is from an order, provide a brief description above of the decision in the order.)

7/4/26
Dated

/s/ Matthew Mainen
Signature*

Mainen, Matthew L (Counsel signing for Plaintiff Felix Hasson)
Name (Last, First, MI)

3 Times Square, Suite 507 | New York | New York | 10036
Address | City | State | Zip Code

3018149007
Telephone Number

matt@njaclaw.org
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.